```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| JITKA ROTSCHILD, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 10-5404 (JBS/JS) |
| v. | |
| JANET NAPOLITANO, et al., | **ORDER** |
| Defendants. | |

This matter having come before the Court upon Defendants' motion to dismiss and, in the alternative, for summary judgment [Docket Item 6]; the Court having considered the submissions of the parties; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this ___**22nd**___ day of **August, 2011** hereby

ORDERED that Defendants' motion is **GRANTED IN PART** and **DENIED IN PART** as follows:

Plaintiff's claim for declaratory judgment is **DISMISSED WITHOUT PREJUDICE** as unripe;

And Defendants' motion is otherwise denied.

                                           **s/ Jerome B. Simandle**
                                           JEROME B. SIMANDLE
                                           United States District Judge